UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWITT DYKES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIM COOPER, *et al.*,<br><br>　　　　　Defendants. | 1:25-cv-001705-CDB (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(Doc. 1) |

　　　　Plaintiff Dewitt Dykes ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. Pending is Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). Plaintiff alleges that Defendants Jim Cooper, Zachery Frizzell, David Goodwin, Matthew Gurich, and Scott Walker violated his civil rights by using excessive force and being deliberately indifferent to Plaintiff's medical needs. (Doc. 1 at 3). Plaintiff asserts that the underlying events occurred at the Sacramento County Jail, where Frizzell, Goodwin, Gurich, and Walker are correctional officers, and Cooper is sheriff. *Id.* at 1-3.

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. E.D. Cal. L.R. 120(f). In this case, Plaintiff's claims arose and the underlying events occurred at Sacramento County Jail, located in the city of Sacramento, which is in Sacramento County. *See* (Doc. 1). The named Defendants are employees of Sacramento County. *Id.*

Sacramento County is located in the Sacramento Division of the Eastern District of California. *See* E.D. L.R. 120(d); 28 U.S.C. § 84(b). Therefore, the Court finds that the interests of justice will be better served by transferring this case to the Sacramento Division of the Court. *See* 28 U.S.C. § 1404(a). Thus, Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) will not be addressed until after reassigned to a magistrate judge of the Sacramento Division.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I Street, Room 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **December 4, 2025**

UNITED STATES MAGISTRATE JUDGE

2